■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST HOLLEY, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Joseph Slavin, Esq., 50 Court Street, Brooklyn, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD PERKINS, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Eugene R. Canudo, Esq., 74 Trinity Place, New York, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT WHITE, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion by appellant to appeal as a poor person and for assignment of counsel on his appeal from an order of the Supreme Court, Dutchess County, dated November 8, 1960, dismissing a writ of habeas corpus. Motion denied with leave to renew on a showing of merit in the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN WILSON, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion to dismiss appeal granted; appeal dismissed. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ JOSEPHINE T. SHERIDAN, Respondent, v. EDWARD B. SCHLESINGER, Appellant.— Pursuant to the stipulation of the attorneys for the respective parties herein, Josephine Sheridan, administratrix, etc., of Josephine T. Sheridan, deceased, is substituted as plaintiff-respondent in the place and stead of said deceased, in the above-entitled action and appeal, and the title of said action is amended to read as follows: "Josephine Sheridan, administratrix of the goods, chattels and credits of Josephine T. Sheridan, deceased, plaintiff-respondent, against Edward B. Schlesinger, defendant-appellant." Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.